NUMBER 13-05-201-CV

 

                                      COURT OF APPEALS

 

                            THIRTEENTH DISTRICT OF TEXAS

 

                              CORPUS CHRISTI - EDINBURG 

_________________________________________________________

 

TEXAS DEPARTMENT OF
TRANSPORTATION,            Appellant,

 

                                                             v.

 

MATTHEW L. HAMRIC,                                                                            Appellee.

_________________________________________________________

 

                               On appeal from the 138th  District Court

                                          of Cameron
County, Texas.

_________________________________________________________

 

                                 MEMORANDUM OPINION

 

                        Before Chief
Justice Valdez and Justices Rodriguez and Castillo

Memorandum
Opinion Per Curiam

 

 








Appellant,
TEXAS DEPARTMENT OF TRANSPORTATION, perfected an appeal from a
judgment entered by the 138th District Court of Cameron
County, Texas, in cause number 2003-10-5270-B.  After the notice of appeal was filed, the
parties filed a joint motion to dismiss the appeal.  In the motion, the parties state that they
have settled and compromised their differences in the underlying suit.  The parties request that this Court dismiss
the appeal.

The
Court, having considered the documents on file and the joint motion to dismiss
the appeal, is of the opinion that the motion should be granted.  The joint 
motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER
CURIAM

Memorandum Opinion delivered and 

filed this the 20th day of
October, 2005.